PILLSBURY WINTHROP SHAW PITTMAN LLP
PHILIP S. WARDEN (SBN 54752)
philip.warden@pillsburylaw.com
ANDREW D. LANPHERE (SBN 191479)
andrew.lanphere@pillsburylaw.com
JUDY J. BAO (SBN 305560)
judy.bao@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, California  94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Plaintiff
STEPHEN A. FINN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN A. FINN | Case No. 16-cv-05285-WHO |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND DEADLINES FOR OPPOSITION AND REPLY TO DEFENDANT'S MOTION TO STRIKE [DKT. 12] |
| vs. | |
| KELLEEN F. SULLIVAN, an individual; CAIREEN M.T. SULLIVAN, an individual; SEAN J. SULLIVAN, an individual; ROSS A. SULLIVAN, an individual; PHILOMENA MAUREEN SULLIVAN GILDEA, an individual; SULLIVAN VINEYARDS CORPORATION, a California corporation; SULLIVAN VINEYARDS PARTNERSHIP, a California partnership; and DOES 1 through 10, inclusive. | Date:        November 30, 2016<br>Time:        2:00 p.m.<br>Judge:       Hon. William H. Orrick<br>Location   Ctrm. 2, 17th Fl. |
| Defendants. | |

Plaintiff Stephen A. Finn ("Finn") and Defendants Sullivan Vineyard Corporation and Sullivan Vineyard Partnership ("Defendants"), in accord with Rules 6-1 and 6-2 of the Local Rules for the United District Court for the Northern District of California, by and through their counsel of record, stipulate and agree as follows:

1    WHEREAS, Defendants have filed a motion to stay or strike Plaintiff's complaint pursuant

2  to Fed. R. Civ. P. 12(b)(6) ("Motion to Strike") [Dkt. 12];

3    WHEREAS, the Court has reset the hearing regarding Defendants' Motion to Strike from

4  November 23, 2016 to November 30, 2016 [Dkt. 16];

5    WHEREAS, pursuant to Local Rule 7-3(a), Plaintiff's Opposition to Defendants' Motion to

6  Strike filed on October 14, 2016 [Dkt. 12] is currently due on October 28, 2016;

7    WHEREAS, pursuant to Local Rule 7-3(c), Defendants' Reply to Plaintiff's Opposition is

8  currently due on November 4, 2016;

9    WHEREAS, Plaintiff and Defendants (collectively, the "Parties") seek additional time to

10  fully brief the issues presented in the Motion to Strike.

11    NOW THEREFORE, the Parties stipulate and request the Court enter an order as follows:

12    1.    Plaintiff's Opposition to the Motion to Strike will be due on November 7, 2016; and

13    2.    Defendants' Reply to the Opposition to the Motion to Strike will due on November

14  18, 2016.

15                                     Respectfully submitted,

16  Dated: October 20, 2016.
                                       PILLSBURY WINTHROP SHAW PITTMAN LLP
17                                     Philip S. Warden
                                       Andrew D. Lanphere
18                                     Judy J. Bao

19                                     By:  _/s/ Andrew D. Lanphere_____
20                                     Attorney for Plaintiff Stephen A. Finn

21
                                       BEYERS COSTIN SIMON
22
                                       By:  _/s/ Peter L. Simon_____
23                                     Peter L. Simon
24                                     Attorney for Defendants Sullivan Vineyard
                                       Corporation and Sullivan Vineyard Partnership
25

26

27

28

4851-4094-4699.v1

1

## **ATTESTATION CLAUSE**

I attest under penalty of perjury that the concurrence in filing of this document has been obtained from its signatories.

By:  _/s/ Andrew D. Lanphere_____

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

It is hereby ORDERED that the stipulation of the parties is granted, as modified below:

1.      Plaintiff's Opposition to Defendants' Motion to Strike [Dkt. 12] shall be due on November 1, 2016; and

2.      Defendants' Reply to Plaintiff's Opposition to Defendants' Motion to Strike shall be due on November 15, 2016.


**IT IS SO ORDERED:**


Dated:  October 20, 2016

William H. Orrick
United States District Judge

4851-4094-4699.v1