1  PETER L. SIMON (SBN 178393)
2  STEVEN J. BLEASDELL (SBN 191522)
   **BEYERS** COSTIN **SIMON**
3  A Professional Corporation
   200 Fourth Street, Suite 400; PO Box 878
4  Santa Rosa, California  95402-0878
   Tel 707.547.2000  Fax 707.526.2746
5  psimon@beyerscostin.com
   sbleasdell@beyerscostin.com
6
7  *Attorneys for Plaintiff*
   JOANNA C. SULLIVAN
8
9
10                UNITED STATES DISTRICT COURT
11                CALIFORNIA NORTHERN DISTRICT
12

| | |
|---|---|
| JOANNA C. SULLIVAN, | CASE NO.   3:16-cv-01948-WHO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING ON PENDING MOTIONS** |
| vs. | |
| STEPHEN A. FINN and DOES 1 through 10, inclusive, | |
| Defendants. | |
| STEPHEN A. FINN, | CASE NO. 3:16-cv-05285-WHO |
| vs. | Judge:   Honorable William H. Orrick |
| KELLEEN SULLIVAN, et al | |
| Defendants. | |

WHEREBY, Defendant Stephen A. Finn has a conflict with the hearing date of December 21, 2015 in which to hear the parties' pending motions.

The parties hereto, by and through their attorneys of record herein, hereby stipulate to continue the hearing on all pending motions in *JoAnna C. Sullivan v. Stephen A. Finn*, 16-cv-1948

-1-
STIPULATION AND ORDER TO CONTINUE HEARING ON PENDING MOTIONS
3:16-cv-01948-WHO

(Dkt. Nos. 62, 67), and *Stephen A. Finn v. Kelleen Sullivan, et al.* 16-cv-5285 (Dkt. Nos. 12, 28), to January 4, 2017 at 2:00 p.m.

The parties further stipulate and agree that Stephen A. Finn, and any entities in which he has a controlling interest, including Winery Rehabilitation, LLC, will refrain from noticing any sales of the Sullivan Vineyards' property to occur prior to January 16, 2017, and will continue any previously scheduled sales to occur after January 15, 2017.

**IT IS SO STIPULATED.**

Dated:  December 12, 2016                                    **BEYERS** COSTIN **SIMON**

                                                                                  */s/ Peter L. Simon*
                                                                        By: _____
                                                                                  PETER L. SIMON
                                                                                  Attorneys for JoAnna Sullivan

Dated:  December 12, 2016                                    PILLSBURY WINTHROP SHAW PITTMAN LLP

                                                                                  */s/ Andres Lanphere*
                                                                        By: _____
                                                                                  ANDREW LANPHERE
                                                                                  Attorneys for Stephen A. Finn

Dated:  December 12, 2016                                    GEARY SHEA O'DONNELL GRATTAN & MITCHELL

                                                                                  */s/ John A. Holdredge*
                                                                        By: _____
                                                                                  JOHN A. HOLDREDGE
                                                                                  Attorneys for Ross A. Sullivan, Kelleen F.
                                                                                  Sullivan, Sean J. Sullivan, Caireen M.T.
                                                                                  Sullivan and Philomena Maureen Sullivan
                                                                                  Gildea

# ORDER

Upon stipulation of the parties hereto,

**IT IS HEREBY ORDERED** that all pending motions in *JoAnna C. Sullivan v. Stephen A. Finn*, 16-cv-1948 (Dkt. Nos. 62, 67), and *Stephen A. Finn v. Kelleen Sullivan, et al.* 16-cv-5285 (Dkt. Nos. 12, 28), to January 4, 2017 at 2:00 p.m.

**IT IS FURTHER ORDERED** that Stephen A. Finn, and any entities in which he has a controlling interest, including Winery Rehabilitation, LLC, shall refrain from noticing any sales of the Sullivan Vineyards' property to occur prior to January 16, 2017, and will continue any previously scheduled sales to occur after January 15, 2017

**IT IS ORDERED:**

Dated: December 13, 2016

_____
WILLIAM H. ORRICK
United States District Judge